UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARMANDO ACEVES-MENDOZA,<br><br>                Plaintiff,<br><br>    v.<br><br>ROBERT M. COWAN, in his official capacity as Director of the National Benefits Center; LEE FRANCIS CISSNA, in his official capacity as Director of the U.S. Citizenship and Immigration Services; KIRSTJEN NIELSEN, in her official capacity as Secretary of the U.S. Department of Homeland Security; and UNITED STATES OF AMERICA,<br><br>                Defendants. | NO: 1:18-CV-3170-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Dismissal (ECF No. 5). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** February 27, 2019.



THOMAS O. RICE
Chief United States District Judge