# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ARMANDO ACEVES-MENDOZA,<br>*Plaintiff*<br>v.<br>ROBERT M. COWAN, in his official capacity as Director of the National Benefits Center; et al.<br>*Defendant* | Civil Action No. 1:18-CV-3170-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims and causes of action in this matter are DISMISSED without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    on Plaintiff's Motion to Voluntarily Dismiss ECF No. 5.

Date: February 27, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen